UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RUFUS DAVIS, individually and on behalf of all others similarly situated,

                Plaintiff,

-against-

WORLD NOMADS INC., TRIP MATE INC., NATIONWIDE MUTUAL INSURANCE COMPANY,

                Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/6/2021
```

21 Civ. 1264 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed Defendants' letter at ECF No. 16. Accordingly, Defendants' time to answer or otherwise respond to the complaint is ADJOURNED until 21 days after the Court issues a decision on their proposed motion to stay or transfer. The initial pretrial conference scheduled for April 13, 2021, is ADJOURNED *sine die*.

    By **April 12, 2021**, Plaintiff shall respond to Defendants' letter at ECF No. 16.

    SO ORDERED.

Dated: April 6, 2021
       New York, New York

                                            ANALISA TORRES
                                      United States District Judge