```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/21/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RUFUS DAVIS, individually and on behalf of all others similarly situated,

                Plaintiff,

-against-

WORLD NOMADS INC., TRIP MATE INC., NATIONWIDE MUTUAL INSURANCE COMPANY,

                Defendants.

21 Civ. 1264 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court has reviewed the parties' pre-motion letters at ECF Nos. 16, 18. Accordingly:

1. By **May 5, 2021**, Defendants shall file their motion to transfer venue;
2. By **May 19, 2021**, Plaintiff shall file its opposition papers.

SO ORDERED.

Dated: April 21, 2021
       New York, New York

ANALISA TORRES
United States District Judge