USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/5/2021

**MORRISON TENENBA**

MORRISON-TENENBAUM PLLC, ATTORNEYS-AT-LAW M-T-L
87 WALKER STREET 2ND FLOOR NEW YORK NY 100
PHONE 212.620.0938 FAX 646.998.1972

May 4, 2021

**VIA ECF**
Honorable Analisa Torres
United States District Court, Southern District of New York
500 Pearl Street
New York, NY 10007

<u>**Re: Davis v. World Nomads, Inc., S.D.N.Y. Index No. 21-cv-1264 (AT)**</u>

Dear Judge Torres:

We are counsel for the plaintiffs Rufus Davis, Grant Hoag, Debra Murphy, and Michael Murphy and write to respectfully request an extension of time for the filing of our opposition to Defendants' forthcoming motion to stay or transfer the action, from May 21, 2021 to May 28, 2021. Defendants consent to the request.

The reason for the request is that Defendants' joint letter filed yesterday was supposed to provide May 28, 2021 as the revised deadline for Plaintiffs' opposition, but due to a miscommunication stated May 21, 2021. This is the second request for an extension of time; the prior request was granted.

We thank the Court for its attention to this matter.

Respectfully submitted,

/s/ Joshua S. Androphy
Joshua S. Androphy, Esq.

All counsel (VIA ECF)

GRANTED. By **May 28, 2021**, Plaintiffs shall file their opposition papers.

SO ORDERED.

Dated: May 5, 2021
New York, New York

ANALISA TORRES
United States District Judge